# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOUSEN YISAK ADEN,      )
     )
         Plaintiff,      )
     )
       v.      )     Civil Action No. 24-02947 (UNA)
     )
UNITED STATES OF AMERICA, *et al.*,      )
     )
         Defendants.      )

## MEMORANDUM OPINION

*Pro se* Plaintiff Mousen Yisak Aden sues the United States for "Conversion of Property." Plaintiff claims to own "Ayden, North Carolina . . . valued at currently $30-40 trillion dollars" and "the entire planet" pursuant to "the Laws of the Kingdom of Heaven." Am. Compl., ECF No. 8 at 4. According to Plaintiff, Defendants President Joe Biden, House Speaker Mike Johnson, Senate Majority Leader Chuck Schumer, and Chief Justice John Roberts "became in possession of the property legally in 1776, upon declaring independence from the British Monarch by force of Arms" and "have reserved" his right "to gain Authority over the land in absolute power[.]" *Id*. Plaintiff "request[s] that the United States of America give me the 47th Presidential title of Authority over the property because I have rights to 230 billion cubic meters of petroleum[.]" *Id*. at 5.

Because the complaint lacks "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), the Court grants the IFP motion and dismisses the complaint as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i) (requiring immediate dismissal of a frivolous action); *Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate

when the facts alleged rise to the level of the irrational or the wholly incredible[.]").  A separate

Order accompanies this Memorandum Opinion.

_____/s/_____
ANA C. REYES

Date:  December 5, 2024                    United States District Judge